# United States District Court

──────────── DISTRICT OF ────────────

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
           Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

P.A. Fiore Company, Inc.,
           Defendant

and

Beverly National Bank,
           Trustee

**04 CV 12335 MLW**

TO: (Name and address of defendant)

    P.A. Fiore Company, Inc.
    183 Hart Street
    Beverly, MA  01915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____           11-3-04
CLERK                                                                                          DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ O[ther]

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

January 13, 2005

TRAVEL

I hereby certify and return that on 1/11/2005 at 2:00PM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering in hand to adule male, no name given, agent, person in charge at the time of service for P.A. Fiore Company, Inc., 183 Hart Street, Beverly MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Gary Fidrych

*Deputy Sheriff*

Executed on _____
               Date                          Signature of Server

                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure