AGREEMENT covering wages, working rules, and other conditions of employment entered into between __P A Fiore Const.__ and International Union of Operating Engineers Local 4 and its Branches.

1. The Local is recognized as the sole and exclusive representative of the employees covered by this Agreement for the purpose of collective bargaining with respect to wages, hours of work, and other conditions of employment. The Employer shall not make any agreement in conflict with the provisions of this Agreement.

2. The Employer hereby adopts and agrees to abide by all of the terms and conditions of the Collective Bargaining Agreement now prevailing or as they shall prevail by and between Local 4 and the four Employer Associations hereinafter named. The Associations are:

   Labor Relations Division of Construction Industries of Massachusetts
   Foundation & Marine Contractors Association of New England, Inc.
   Building Trades Employers Association of Boston and Eastern Massachusetts, Inc.
   Labor Relations Division of the Associated General Contractors of Massachusetts, Inc.

3. The Local agrees to comply with all union obligations contained in the aforementioned Collective Bargaining Agreements.

4. The Collective Bargaining Agreements between the Employer Associations and the Local provides, among other things, for contributions to the Health & Welfare, Pension, Annuity & Savings and Training Funds, and the Joint Labor-Management Cooperative Trust. The Employer agrees to be bound by the terms of the respective Agreements and Declarations of Trust and designates as its representatives on the Boards of Trustees such Trustees as have been designated Employer Trustees in the manner provided in the Agreements and Declarations of Trust.

5. This Agreement shall be binding upon the Employer named herein, and its successors and assigns, and no provisions herein contained shall be nullified or affected in any manner as a result of any consolidation, sale, transfer, assignment, joint venture, or any combination or other disposition of the Employer.

6. The life of this Agreement is co-extensive with the several respective terms set out or as they shall be set out from time to time in the aforementioned Collective Bargaining Agreement with the named Associations, and shall continue in effect in each or any particular said contract instance, unless the Employer gives the Local notice of desired change or termination of a particular Collective Bargaining Agreement aforementioned in keeping with the applicable notice provisions contained therein. The Employer acknowledges and agrees to the continuity of Employer obligations on his part with respect to Health & Welfare, Pension, Apprentice Training, Annuity & Savings, and Cooperative Trusts contained in said aforementioned Collective Bargaining Agreements pending negotiations of any new agreement by and between the Local and the aforementioned Associations and/or between the Employer and the Local.

WITNESS OUR HAND AND SEAL THIS __6__ DAY OF __June__, 200__1__

FOR THE EMPLOYER

__P A Fiore Const Inc__
Company

__183 Hant St__
Address

__Beverly   Mass   01915__
City          State   Zip

__Paul Fiore        Pres__
By              Title

__978-922-6502   922-4262__
Phone           Fax

FOR THE LOCAL

__William F. Ryan__
Business Manager

__Louis G. Rasetta__
President

__Norman A. _____
Recording Secretary

POST ACCEPTS
6/30/01
EXEC BD ___
6/13/01

RECEIVED
JUN 25 2001
IUOE, L___