UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>　　　　　　Plaintiffs <br><br>vs. <br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY, <br>　　　　　　Defendants <br><br>and <br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., <br>　　　　　　Reach-and-Apply Defendants <br><br>and <br><br>BEVERLY NATIONAL BANK, <br>　　　　　　Trustee | C.A. No. 04-12335 MLW |

### AFFIDAVIT OF JAMES BUCCI

1.　My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are

signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2. On or about June 1, 2001, P.A. Fiore Construction, Inc. ("Fiore") agreed in writing to be bound to the terms of the Restated Agreements and Declarations of Trust establishing Plaintiff Funds, to the terms of a collective bargaining agreement requiring contributions to Plaintiff Funds; and to any successor agreements.

3. Because of the short form agreement, Fiore is party to a collective bargaining agreement with the International Union of Operating Engineers Local 4, which is effective from June, 1999 through May, 2005 ("the Agreement").

4. The Agreement obligates Fiore to make contributions to Plaintiff Funds for each payroll hour for each person covered by the Agreement, in accordance with the rates set forth on the Schedules of Wages.

5. Pursuant to the Agreement, Fiore is also obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for Union dues.

6. On or about January 19, 2005, Fiore was audited by a representative of the Funds, and the audit revealed that $41,461.95 in delinquent contributions were owed for the period May 26, 2004 through January 13, 2005. Fiore also deducted dues from its employees' paychecks in the amount of $1,644.76 during the period of the audit and failed to remit that amount to the Union. Additionally, under the Agreement, Fiore is obligated to make contributions to the Social Action Committee ("SAC") Fund. Fiore owes the Funds $137.20 in contributions to the SAC Fund for the period of the audit.

7. Fiore was notified of this new delinquency via a letter from Funds' counsel sent by certified mail on February 10, 2005.

8. On or about May 12, 2005, Fiore was audited again by a representative of the Funds, and the new audit revealed that $21,705.34 in delinquent contributions were owed for the period January 14, 2005 through May 10, 2005. Fiore also deducted dues from its employees' paychecks in the amount of $814.32 during the period of the new audit and failed to remit that amount to the Union. Additionally, Fiore owes the Funds $68.00 in contributions to the SAC Fund for the period of the new audit.

9. To date, Fiore has failed to make any payments owed pursuant to the results of the January 19 and May 12, 2005 audits, which cover the period of May 26, 2004 through May 10, 2005. As such, Fiore has failed to pay a total of $65,831.57 in fringe benefit contributions, Union dues, and SAC contributions for the period May 26, 2004 through May 10, 2005.

10. Additionally, pursuant to the terms of the Agreement, Fiore owes $3,588.11 in interest on the unpaid contributions through the end of March, 2005.

11. The Funds' records regarding crew locations for its members indicate that work was conducted by Fiore for Massachusetts Electric Company at addresses in the towns of Beverly, Lynn, Malden, Melrose, and Manchester, Massachusetts for the months of January through May, 2005. Further, these same records indicate that work was conducted by Fiore for County Homes, Inc. at addresses in the towns of Beverly, Massachusetts during the aforementioned period.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF MAY, 2005.

_____
James Bucci

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 6, 2005

GAG/gag&ts
ARS 3118 04-402/affbucci.3doc

3