UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>　　　　　　Plaintiffs <br><br>vs. <br><br>P.A. FIORE COMPANY, INC. and PAUL FIORE, INDIVIDUALLY, <br>　　　　　　Defendants <br><br>and <br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., <br><br>　　　　　　Reach-and-Apply Defendants <br><br>and <br><br>BEVERLY NATIONAL BANK, <br>　　　　　　Trustee. | C.A. No. 04-12335 MLW |

## ORDER FOR TEMPORARY RESTRAINING ORDER

This matter, having come before me on the Plaintiffs' Motion for Temporary Restraining Order, and upon consideration of the motion, memorandum of law, and affidavit on file, I find that:

1)    Plaintiffs have exhibited a likelihood of success on the merits;

2)    The Reach-and-Apply Defendants' secreting, concealing, destroying,

        damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to P.A. Fiore Construction, Inc. on account of sums that are due or will hereafter become due P.A. Fiore Construction, Inc. will result in irreparable injury, loss and damage to the Plaintiffs;

3)     The issuance of a temporary restraining order herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendants but will prevent irreparable injury to the Plaintiffs, and would further the public interest; and

4)     There is no adequate remedy at law.

WHEREFORE, it is hereby ORDERED that:

Plaintiffs shall be granted a temporary restraining order and Reach-and-Apply Defendants Massachusetts Electric Company and County Homes, Inc. and their agents, servants, employees, attorneys, and those persons in active participation or concert with them and those persons acting at their command, and each and every one of them, shall be enjoined from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to P.A. Fiore Construction, Inc. on account of sums that are due or will hereafter become due P.A. Fiore Construction, Inc. from Massachusetts Electric Company or County Homes, Inc. until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

SO ORDERED.

_____
The Honorable Mark L. Wolf
United States District Court

Dated:_____

GAG/gag&ts
ARS 3118 04-402/order-tro.doc