# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,

Plaintiffs

V.

P.A. Fiore Construction, Inc. and Paul Fiore, Individually,

Defendants

and

Massachusetts Electric Company and County Homes, Inc.,

Reach-and-Apply Defendants

and

Beverly National Bank, Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12335 MLW

TO: (Name and address of defendant)

P.A. Fiore Construction, Inc.
183 Hart Street
Beverly, MA 01915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

6-6-05

DATE

_Kathleen Boyce_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Othe

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590
Essex, ss.

TRAVEL

I hereby certify and return that on 6/14/2005 at 8:45AM I served a true and attested copy of the summons and amended complaint, exhibits in this action in the following manner: To wit, by delivering in hand to Carol Gerow, agent, person in charge at the time of service for P.A. Fiore Construction, Inc., 183 Hart Street, Beverly MA 01915. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

June 14, 2005

info

Deputy Sheriff Gary Fidrych

Executed on _____
                Date

Deputy Sheriff

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure