# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND
WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and
CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE
ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,

                                    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

P.A. Fiore Construction, Inc. and Paul Fiore,
Individually,

**CASE NUMBER:** 04-12335 MLW

                    Defendants
                        and

Massachusetts Electric Company and County Homes, Inc.,

                Reach-and-Apply Defendants
                        and
Beverly National Bank, Trustee

TO: (Name and address of defendant)

          Paul Fiore
          156 Hart Street
          Beverly, MA  01915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          Gregory A. Geiman, Esquire
          Segal, Roitman & Coleman
          11 Beacon Street
          Suite #500
          Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE 6-6-05

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| Service | | Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590 |
|---|---|---|
| NAME OF S | | Essex, ss. |

Check

June 14, 2005

I hereby certify and return that on 6/14/2005 at 8:35AM I served a true and attested copy of the summons and amended complaint, exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of Paul Fiore, 156 Hart Street, Beverly, MA 01915 and by mailing 1st class to the above address on 6/14/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $44.10

☐ Se

☐ Lef

Deputy Sheriff

Deputy Sheriff Gary Fidrych

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
Date                                    Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure