# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,

Plaintiffs

V.

P.A. Fiore Construction, Inc. and Paul Fiore, Individually,

Defendants

and

Massachusetts Electric Company and County Homes, Inc.,

Reach-and-Apply Defendants

and

Beverly National Bank, Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12335 MLW

TO: (Name and address of defendant)

Massachusetts Electric Company
55 Bearfoot Road
Northborough, MA  01532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                      6-6-05

CLERK                                                  DATE

_Kathleen [signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                        06/13/2005

I hereby certify and return that on 06/10/2005 at 01:57pm I served a true and attested copy of the Summons and Amended Complaint, Attachments in this action in the following manner: To wit, by delivering in hand to GARY GRANT, agent, person in charge at the time of service for MASSACHUSETTS ELECTRIC COMPANY at 55 BEARFOOT RD, NORTHBOROUGH, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Lynn A Trudel

*Lynn A Trudel*

**Deputy Sheriff**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

                                                      _____
                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure