# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
       Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

P.A. Fiore Construction, Inc. and Paul Fiore, Individually,

CASE NUMBER: 04-12335 MLW

    Defendants
    and

Massachusetts Electric Company and County Homes, Inc.,
    Reach-and-Apply Defendants
    and
Beverly National Bank, Trustee

TO: (Name and address of defendant)

  County Homes, Inc.
  114 Hart Street
  Beverly, MA  01915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Gregory A. Geiman, Esquire
  Segal, Roitman & Coleman
  11 Beacon Street
  Suite #500
  Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

6-6-05

CLERK                      DATE

*[signature]*

(BY) DEPUTY CLERK

AO 440 (Re

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 14, 2005

I hereby certify and return that on 6/14/2005 at 9:00AM I served a true and attested copy of the summons and amended complaint, exhibits in this action in the following manner: To wit, by delivering in hand to Carol Gerow, agent, person in charge at the time of service for County Homes, Inc., 114 Hart Street, Beverly MA 01915. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Gary Fidrych

_____
/Deputy Sheriff

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                         Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure