UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>　　　　　Plaintiffs <br><br>vs. <br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY, <br>　　　　　Defendants <br><br>and <br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., <br>　　　　　Reach-and-Apply Defendants <br><br>and <br><br>BEVERLY NATIONAL BANK, <br>　　　　　Trustee | C.A. No. 04-12335 MLW |

## **NOTICE OF DISMISSAL**

Now come the Plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees,

et al, pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that the Plaintiffs' claim against

Defendant Paul Fiore, Individually, is dismissed.

        Respectfully submitted,

        LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated:  July 19, 2005

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the above Notice of Dismissal has been served by first class mail upon the defendants, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA 01915 and Paul Fiore at 156 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendants, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 and County Homes, Inc. at 114 Hart Street, Beverly, MA 01915 by first class mail this 19th day of July, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

ARS/gag&ts
6306 04-402/notdism.doc

2