UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs | C.A. No. 04-12335 MLW |
| vs. | |
| P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY, Defendants | |
| and | |
| MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., Reach-and-Apply Defendants | |
| and | |
| BEVERLY NATIONAL BANK, Trustee | |

## **VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, request the Clerk to enter the default of defendant P.A. Fiore Construction, Inc. (hereinafter "P.A. Fiore"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1)     This action was filed on June 6, 2005.

2)     Complaint was served on defendant P.A. Fiore on June 14, 2005.

3)     Defendant P.A. Fiore has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

         Respectfully submitted,

         LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

         By their attorneys,

         /s/ Gregory A. Geiman
         Anne R. Sills, Esquire
         BBO #546576
         Gregory A. Geiman, Esquire
         BBO #655207
         Segal, Roitman & Coleman
         11 Beacon Street
         Suite #500
         Boston, MA  02108
         (617) 742-0208

Dated:  July 19, 2005

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

         /s/ Gregory A. Geiman
         Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon the defendants, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and Paul Fiore at 156 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendants, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at

25 Research Drive, Westborough, MA 01582 and County Homes, Inc. at 114 Hart Street, Beverly, MA 01915 by first class mail this 19th day of July, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/verreqdf.doc