UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY, Defendants<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., Reach-and-Apply Defendants<br><br>and<br><br>BEVERLY NATIONAL BANK, Trustee | C.A. No. 04-12335 MLW |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION
FOR TEMPORARY RESTRAINING ORDER**

  Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al., herein respectfully move this honorable Court to withdraw Plaintiffs' Motion for Temporary Restraining Order, filed on June 6, 2005. As grounds therefore, Plaintiffs state as follows:

1.	Reach-and-Apply Defendant County Homes, Inc. has been dismissed from the above-referenced action.  Further, Reach-and-Apply Defendant Massachusetts Electric Company and the Plaintiff Funds have been working together to resolve the reach-and-apply action without further litigation, and the Funds expect that they will be in a position to dismiss Massachusetts Electric Company from this action in the very near future.

WHEREFORE, Plaintiffs respectfully move this honorable Court to withdraw their Motion for Temporary Restraining Order.

>
> Respectfully submitted,
>
> LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street, Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  August 1, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion to Withdraw Motion for Temporary Restraining Order has been served by first class mail upon the defendants, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and Paul Fiore at 156 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendants, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 and County Homes, Inc. at 114 Hart Street, Beverly, MA  01915 by first class mail this 1st day of August, 2005.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/motion-withdraw-tro.doc