UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>          Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY,<br>          Defendants<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC.,<br>          Reach-and-Apply Defendants<br><br>and<br><br>BEVERLY NATIONAL BANK,<br>          Trustee | C.A. No. 04-12335 MLW |

**NOTICE OF DISMISSAL**

      Now come the Plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al., to notify the Court that the Plaintiffs' claim against Reach-and-Apply Defendant County Homes, Inc. is dismissed because, upon information and belief, no sums are currently due from County Homes, Inc. to Defendant P.A. Fiore Construction, Inc. for work done by the Defendant.

This dismissal is made pursuant to Rule 41(a)(1), Fed.R.Civ.P., as County Homes, Inc. never answered the Complaint in this matter.

> Respectfully submitted,
>
> LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  August 1, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Notice of Dismissal has been served by first class mail upon the defendants, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA 01915 and Paul Fiore at 156 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendants, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 and County Homes, Inc. at 114 Hart Street, Beverly, MA 01915 by first class mail this 1st day of August, 2005.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/notdism-countyhomes.doc