UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


LOUIS G. RASETTA et al
                Plaintiff(s)

V.

P.A. FIORE CONSTRUCTION, INC. et al
                Defendant(s)

CIVIL ACTION
NO.  04-12335-MLW


NOTICE OF DEFAULT


Upon application of the Plaintiff(s) , LOUIS G. RASETTA et al for an order of Default for

failure of the Defendant(s), P.A. FIORE CONSTRUCTION, INC., to plead or otherwise defend as

provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this 18TH       day of AUGUST ,   2005.


                                        SARAH A. THORNTON, CLERK


                        By:    /s/ Dennis O'Leary
                               Deputy Clerk


Notice mailed to:


(default.not - 10/96)                                                [ntcdflt.]