UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY, Defendants<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC., Reach-and-Apply Defendants<br><br>and<br><br>BEVERLY NATIONAL BANK, Trustee | C.A. No. 04-12335 MLW |

**MOTION FOR EXTENSION OF TIME TO FILE
FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, herein respectfully move this honorable Court for a further extension of time until November 30, 2005 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1.  The parties have resolved a number of issues and are close to resolving the entirety of the above-captioned matter.

2.  Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek a further extension of time until November 30, 2005 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  October 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time to File for Entry of Default Judgment has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 by first class mail this 11th day of October, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/motextime2.doc