UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>    Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY,<br>    Defendants<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC.,<br>    Reach-and-Apply Defendants<br><br>and<br><br>BEVERLY NATIONAL BANK,<br>    Trustee | C.A. No. 04-12335 MLW |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST P.A. FIORE CONSTRUCTION, INC.**

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to

Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against

Defendant P.A. Fiore Construction, Inc. (hereinafter "P.A. Fiore"), holding P.A. Fiore liable for

all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through October, 2005 | $17,815.10 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. §1132(g)(2)(B), if all contributions were paid by the end of November, 2005 | $312.42 |
| C. | Interest owed on late-paid contributions | $2,343.37 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $312.42 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $6,206.50 |
| F. | Costs | $734.99 |
| | **TOTAL** | **$27,724.80** |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against P.A. Fiore Construction, Inc.

        Respectfully submitted,

        LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire

BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  November 30, 2005

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above Motion for Entry of Default Judgment has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 this 30th day of November, 2005.

      /s/ Gregory A. Geiman
      Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/motion-dj.doc

3