## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY,
Defendants

and

MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC.,
Reach-and-Apply Defendants

and

BEVERLY NATIONAL BANK,
Trustee

C.A. No. 04-12335 MLW

### AFFIDAVIT OF GINA M. ALONGI AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.   My name is Gina Alongi. I am the Administrator of the International Union of Operating Engineers Health and Welfare and Pension Funds.

2.   I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether P.A. Fiore Construction, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether P.A. Fiore Construction, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF NOVEMBER, 2005.

Gina M. Alongi

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA 01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA 01582 this 30th day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/affalongi.doc