UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>　　　　　　　Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC. and PAUL FIORE, INDIVIDUALLY,<br>　　　　　　　Defendants<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY and COUNTY HOMES, INC.,<br>　　　　　　　Reach-and-Apply Defendants<br><br>and<br><br>BEVERLY NATIONAL BANK,<br>　　　　　　　Trustee | C.A. No. 04-12335 MLW |

**AFFIDAVIT OF ANNE R. SILLS**

1.　My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.　This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Rainha Construction

2

Co., Inc. since on or about September 17, 2004  Since that date, we have incurred legal fees of $6,206.50 and costs of $734.99.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF NOVEMBER, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Affidavit has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by their attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 this 30th day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/affsills2.doc