**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,          C.A. No. 04-12335 MLW
                    Plaintiffs

                    vs.

P.A. FIORE CONSTRUCTION, INC. and PAUL
FIORE, INDIVIDUALLY,
                    Defendants

                    and

MASSACHUSETTS ELECTRIC COMPANY and
COUNTY HOMES, INC.,
                    Reach-and-Apply Defendants

                    and

BEVERLY NATIONAL BANK,
                    Trustee

**DEFAULT JUDGMENT**

Defendant P.A. Fiore Construction, Inc., having failed to plead or otherwise defend in

this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law

demonstrating that Defendant owes Plaintiffs the sum of $17,815.10 in unpaid benefit funds

contributions; $2,343.37 in interest on late-paid contributions, $312.42 in interest on the unpaid

contributions; an additional $312.42 in liquidated damages; and $6,941.49 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant P.A. Fiore Construction, Inc. the principal amount of $17,815.10; $2,343.37 in interest on late-paid contributions; prejudgment interest of $312.42; liquidated damages of $312.42; and attorneys' fees and costs of $6,941.49, for a total judgment of $27,724.80, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Mark L. Wolf
United States District Court


Dated: _____