UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC., Defendant<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY, Reach-and-Apply Defendant<br><br>and<br><br>BEVERLY NATIONAL BANK, Trustee | C.A. No. 04-12335 MLW |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
(WITH NOTICE)**

Upon the Complaint and Exhibits attached thereto, the Affidavit and Memorandum in support of their Motion for Temporary Restraining Order, the Plaintiff Trustees, pursuant to §502(a)(3) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1132(a)(3), and Rule 65(b), Federal Rules of Civil Procedure, seek a Temporary Restraining Order enjoining Reach-and-Apply Defendant Massachusetts Electric Company ("Mass Electric") and its agents,

servants, employees, attorneys, and those persons in active participation or concert with it and those persons acting at its command, and each and every one of them, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to P.A. Fiore Construction, Inc. ("Fiore") on account of sums that are due or will hereafter become due Fiore from Mass Electric until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

      As grounds therefore, Plaintiffs state as follows:

1) Based on the foregoing Complaint, Exhibits and Affidavit, Plaintiffs have exhibited a likelihood of success on the merits;

2) The Reach-and-Apply Defendant's secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to Fiore on account of sums that are due or will hereafter become due Fiore will result in irreparable injury, loss and damage to the Plaintiffs;

3) The issuance of a temporary restraining order herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendant but will prevent irreparable injury to the Plaintiffs, and would further the public interest; and

4) There is no adequate remedy at law.

      WHEREFORE, Plaintiffs move this Court to grant a temporary restraining order enjoining Reach-and-Apply Defendant Mass Electric and its agents, servants, employees, attorneys, and those persons in active participation or concert with it and those persons acting at its command, and each and every one of them, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to Fiore on account of sums that are due or will

hereafter become due Fiore from Mass Electric until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

Plaintiffs further request that they be excused from posting a bond.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  December 6, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Temporary Restraining Order in this matter he spoke with Massachusetts Electric's attorney and the parties attempted in good faith to resolve or narrow the issue.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Temporary Restraining Order (With Notice) has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by its attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 this 6th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-402/motion-tro-masselect.doc