## SETTLEMENT AGREEMENT

P.A. Fiore Construction, Inc. ("P.A. Fiore"), Paul Fiore ("Fiore") and the International Union of Operating Engineers Local 4 Trust Funds ("Funds") agree as follows:

WHEREAS, P.A. Fiore became signatory to a collective bargaining agreement ("Agreement") with the International Union of Operating Engineers Local 4 on June 6, 2001; and

WHEREAS, pursuant to the terms of the Agreement, P.A. Fiore is obligated to make contributions to the Funds for each payroll hour for each person covered by the Agreement, in accordance with the rates set forth on the Agreement's Schedule of Wages; and

WHEREAS, P.A. Fiore failed to make all required contributions and now owes the Funds $66,503.68 for work performed through May 10, 2005; and

WHEREAS, as a result of its failure to make all payments it also owes interest on the delinquent contributions, along with liquidated damages and attorney's fees; and

WHEREAS, by exercising control and discretion over assets of the Annuity & Savings 401(k) Fund, Fiore is a fiduciary to the 401(k) Fund; and

WHEREAS, a total of $1,908.00 of the overall P.A. Fiore delinquency is comprised of contributions owed to the 401(k) Fund, for which Fiore is a fiduciary; and

WHEREAS, the Funds sued P.A. Fiore and Fiore in United States District Court for the District of Massachusetts in <u>Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al. v. P.A. Fiore Construction, Inc. and Paul Fiore, Individually, as Defendants, and Massachusetts Electric Company and County Homes, Inc., as Reach-and-Apply Defendants</u>, C.A. No. 04-12335 MLW; and

WHEREAS, the Funds filed reach-and-apply actions against Massachusetts Electric Company ("Mass. Electric") and County Homes, Inc. for amounts owed by Mass. Electric and County Homes, Inc. to Fiore for work done by Fiore; and

WHEREAS, the parties wish to resolve this matter;

NOW, THEREFORE, the parties agree as follows:

1. Mass. Electric has agreed to and will issue two checks made out jointly to P.A. Fiore and to the Funds, the first in the amount of $35,392.60 and the second in the amount of $80.00. A total of $5,472.60 will be used to pay P.A. Fiore's contribution obligations for May, 2005, and the remaining $30,000.00 will be applied to the balance of the contributions owed by P.A. Fiore through April, 2005.

2. Of the remaining $30,000.00 to be applied to the balance of the contributions owed by P.A. Fiore, $1,908.00 of that amount, plus any interest owed on that

amount, will be immediately applied to payment in full of 401(k) Fund contributions owed through May 10, 2005.

3. P.A. Fiore will pay the remaining amount of $31,031.08 in fringe benefit contributions owed to the Funds through May, 2005, along with interest, as follows:

   a) Payment of $7,000.00 no later than July 25, 2005;
   b) Payment of $7,000.00 no later than August 25, 2005;
   c) Payment of $7,000.00 no later than September 25, 2005;
   d) Payment of $7,000.00 no later than October 25, 2005; and
   e) A final payment of $3,031.08, together with all accrued interest, no later than November 25, 2005.

4. P.A. Fiore will accrue no new contribution liability to the Funds going forward.

5. If P.A. Fiore breaches any of the terms of this Agreement, all amounts owed to the Funds will immediately become due and payable.

6. The Funds will seek the entry of a default judgment against P.A. Fiore in the ongoing litigation entitled <u>Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al. v. P.A. Fiore Construction, Inc. and Paul Fiore, Individually, as Defendants, and Massachusetts Electric Company and County Homes, Inc., as Reach-and-Apply Defendants</u>, C.A. No. 04-12335 MLW, but the Funds will agree to not take any action to enforce the Court's judgment unless P.A. Fiore should breach the terms of the instant Agreement.

7. Upon receipt of the joint check from Mass. Electric and the subsequent payment in full of Fiore's 401(k) Fund liability, plus interest, the Funds will dismiss the lawsuit against Fiore, individually.

P.A. Fiore Construction, Inc.,

*[signature]*

Date: 7/6/05

Paul Fiore,

*[signature]*

Date: 7/6/05

International Union of Operating Engineers Local 4 Trust Funds,

*[signature]*

Date: 7/11/05

GAG/gag&ts
ARS 3118 04-402/settlagr.doc