UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
         Plaintiffs

vs.

P.A. FIORE CONSTRUCTION, INC.,
         Defendant

and

MASSACHUSETTS ELECTRIC COMPANY,
         Reach-and-Apply Defendant

and

BEVERLY NATIONAL BANK,
         Trustee

C.A. No. 04-12335 MLW

## ORDER FOR TEMPORARY RESTRAINING ORDER

      This matter, having come before me on the Plaintiffs' Motion for Temporary Restraining Order, and upon consideration of the motion, memorandum of law, and affidavit on file, I find that:

    1)    Plaintiffs have exhibited a likelihood of success on the merits;

    2)    The Reach-and-Apply Defendant's secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to P.A. Fiore Construction, Inc. on account of sums that are due or

      will hereafter become due P.A. Fiore Construction, Inc. will result in irreparable injury, loss and damage to the Plaintiffs;

3)     The issuance of a temporary restraining order herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendant but will prevent irreparable injury to the Plaintiffs, and would further the public interest; and

4)     There is no adequate remedy at law.

WHEREFORE, it is hereby ORDERED that:

Plaintiffs shall be granted a temporary restraining order and Reach-and-Apply Defendant Massachusetts Electric Company and its agents, servants, employees, attorneys, and those persons in active participation or concert with it and those persons acting at its command, and each and every one of them, shall be enjoined from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to P.A. Fiore Construction, Inc. on account of sums that are due or will hereafter become due P.A. Fiore Construction, Inc. from Massachusetts Electric Company until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

SO ORDERED.

_____
The Honorable Mark L. Wolf
United States District Court

Dated:_____

GAG/gag&ts
ARS 3118 04-402/order-tro-masselect .doc