UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
    Plaintiffs

vs.

P.A. FIORE CONSTRUCTION, INC. and PAUL
FIORE, INDIVIDUALLY,
    Defendants

and

MASSACHUSETTS ELECTRIC COMPANY and
COUNTY HOMES, INC.,
    Reach-and-Apply Defendants

and

BEVERLY NATIONAL BANK,
    Trustee

C.A. No. 04-12335 MLW

## DEFAULT JUDGMENT

Defendant P.A. Fiore Construction, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $17,815.10 in unpaid benefit funds contributions; $2,343.37 in interest on late-paid contributions, $312.42 in interest on the unpaid

contributions; an additional $312.42 in liquidated damages; and $6,941.49 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant P.A. Fiore Construction, Inc. the principal amount of $17,815.10; $2,343.37 in interest on late-paid contributions; prejudgment interest of $312.42; liquidated damages of $312.42; and attorneys' fees and costs of $6,941.49, for a total judgment of $27,724.80, with interest as provided by law, which interest rate is effective this date is 4.30 percent.

*Mark L. Wolf*
The Honorable Mark L. Wolf
United States District Court

Dated: December 7, 2005

by Deputy Clerk

GAG/gag&ts
ARS 3118 04-402/defltjdg.doc