UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>    Plaintiffs<br><br>vs.<br><br>P.A. FIORE CONSTRUCTION, INC.,<br>    Defendant<br><br>and<br><br>MASSACHUSETTS ELECTRIC COMPANY,<br>    Reach-and-Apply Defendant<br><br>and<br><br>BEVERLY NATIONAL BANK,<br>    Trustee | C.A. No. 04-12335 MLW |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION
## FOR TEMPORARY RESTRAINING ORDER

  Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al, herein respectfully move this honorable Court to withdraw Plaintiffs' Motion for Temporary Restraining Order (With Notice), filed on December 6, 2005. As grounds therefore, Plaintiffs state as follows:

1. Default judgment has entered against the Defendant and this matter has been resolved.

WHEREFORE, Plaintiffs respectfully move this honorable Court to withdraw their Motion for Temporary Restraining Order (With Notice).

<div style="margin-left:40%">

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208
ggeiman@segalroitman.com

</div>

Dated:  April 10, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion to Withdraw Motion for Temporary Restraining Order (With Notice) has been served by first class mail upon the defendant, P.A. Fiore Construction, Inc. at 183 Hart Street, Beverly, MA  01915 and upon the reach-and-apply defendant, Massachusetts Electric Company by its attorney, Scott J. Sciumeca at 25 Research Drive, Westborough, MA  01582 this 10th day of April, 2006.

<div style="margin-left:40%">

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

</div>

GAG/gag&ts
ARS 3118 04-402/motion-withdraw-tro2.doc

2